IN THE SUPREME COURT OF TEXAS

 No. 09-0476

 IN RE JOHN O'QUINN AND CHARLES B. MUSSLEWHITE, JR.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency request for stay of proceedings, filed June
10, 2009, is granted. All trial court proceedings in Cause No. 2004-2333,
styled Ruben Hernandez, Walter Boyaki and Miranda & Boyaki, a Limited
Partnership vs. John O'Quinn, Charles Musslewhite, Jr., and Enrique
Arambula, in the 327th District Court of El Paso County, Texas, are stayed
pending further order of this Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m.; June 22,
2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this June 11, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk